**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| CHAMBERS OF | CLARKSON S. FISHER U.S. COURTHOUSE |
| *DOUGLAS E. ARPERT* | 402 E. STATE STREET, ROOM 6000 |
| UNITED STATES MAGISTRATE JUDGE | TRENTON, NJ 08608 |

March 3, 2011

**LETTER ORDER**

RE:  **10-CV-4634(MLC) Suzanne Venezia v.  Manasquan Police Department**

The Telephone Status Conference set for March 16, 2011 at 11:30 A.M., has been adjourned.

        IT IS SO ORDERED.

        *s/ Douglas E. Arpert*
        **DOUGLAS E. ARPERT**
        **UNITED STATES MAGISTRATE JUDGE**